**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JUDITH STEIN individually and as an Executor
of the Estate of Kenneth F. Stein, Jr. and as a
beneficiary of the Estate of Kenneth F. Stein, Jr.,
GWENDOLYN ZEGEL and JUDITH STEIN
in their capacities as trustees of a Testamentary
Trust crated under the Last Will and Testament
of Kenneth F. Stein, DAVID S. J. NEUFELD, as
an Executor of the Estate of Kenneth F. Stein, Jr.,
SAYVILLE FERRY SERVICE, INC., STEIN'S
MARINE LIFT, INC., and KFS CORP.,

                       Plaintiffs,

       - against -

NORTHERN ASSURANCE COMPANY OF
AMERICA, ONEBEACON AMERICA
INSURANCE COMPANY, ONEBEACON
INSURANCE GROUP, LTD., JOHN DOE, and
JANE DOE NOS. 1-4,

                       Defendants.
----------------------------------------------------------X

**ORDER**

CV 09-1029 (TCP) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Several months ago, Defendants submitted documents which they claimed were privileged to the Court for *in camera* review. On March 30, 2012, the Court ruled that it would not make any rulings with respect to these documents until Judge Platt ruled on the viability of Plaintiff's punitive damages claim, since the documents submitted pertained to that claim. DE 121. On May 7, 2012, Judge Platt granted Defendants' motion for summary judgment on Plaintiffs' punitive damages claim. DE 122. Although the parties initially disputed whether Defendants were required to produce any of the documents submitted for *in camera* review in light of Judge Platt's ruling, *see* DE 123, 124, Defendants ultimately withdrew their objection

and agreed to produce any documents that this Court determines are not privileged. DE 126. Therefore, the Court reviewed the documents submitted by Defendants as well as Defendants' privilege log. The Court's rulings are as follows:

| Bates Number | Ruling |
| --- | --- |
| DEF 01721 | Not privileged. Produce. |
| DEF 01984 | Not privileged. Produce. |
| DEF 02006 to DEF 02012 | Privileged. |
| DEF 02015 | Produce in redacted form as noted. |
| DEF 02016 | Privileged. |
| DEF 02025 | Privileged (duplicate of DEF 02016). |
| DEF 02030 | Redactions okay. Produce as is. |
| DEF 02113 | Privileged. |
| DEF 02114 | Privileged (duplicate of DEF 02113). |
| DEF 02115 | Privileged (duplicate of DEF 02113). |
| DEF 02116 to DEF 02122 | Privileged. |
| DEF 02127 | Privileged. |
| DEF 02128 to 02130 | Privileged. |
| DEF 02151 | Deferred - further information needed. |
| DEF 02152 | Deferred - further information needed. |
| DEF 02153 to DEF 02156 | DEF 02153-54: Deferred - further information needed.<br>DEF 02155-56: Privileged. |
| DEF 02157 | Deferred - further information needed. |
| DEF 02158 | Deferred - further information needed. |
| DEF 02159 to DEF 02166 | DEF 02159-60: Deferred - further information needed.<br>DEF 02161-66: Privileged. |

| | |
|---|---|
| DEF 02167 | Privileged. |
| DEF 02174 to DEF 02176 | Deferred (page missing; document incomplete). |
| DEF 02177 | Deferred - further information needed. |
| DEF 02178 | Deferred - further information needed. |
| DEF 02179 to 02183 | DEF 02179-80: Deferred - further information needed.<br>DEF 02181-83: Privileged. |
| DEF 02184 to DEF 02187 | Privileged. |
| DEF 02203 | Privileged. |
| DEF 02204 to DEF 02205 | Privileged. |
| DEF 02206 to DEF 02208 | Privileged. |
| DEF 02209 | Privileged. |
| DEF 02229 | Privileged. |
| DEF 02230 | Privileged (duplicate of DEF 02229). |
| DEF 02231 | Deferred - further information needed. |
| DEF 02232 | Deferred - further information needed. |
| DEF 02233 to DEF 02237 | DEF 02233: Deferred - further information needed.<br>DEF 02234-37: Privileged. |
| DEF 02238 to DEF 02240 | Privileged. |
| DEF 02241 to DEF 02242 | Privileged. |
| DEF 02323 | Deferred - further information needed. |
| DEF 02324 | Deferred - further information needed. |
| DEF 02327 | Deferred - further information needed. |
| DEF 02328 | Deferred - further information needed. |
| DEF 02329 | Deferred - further information needed. |
| DEF 02330 | Deferred - further information needed. |
| DEF 02331 | Deferred - further information needed. |

| | |
|---|---|
| DEF 02502 to DEF 02503 | Produce in redacted form as noted. |
| DEF 02504 to DEF 02505 | Produce in redacted form as noted. |
| DEF 02507 to DEF 02510 | Privileged. |
| DEF 02514 | Privileged. |
| DEF 02515 to DEF 02519 | Privileged. |
| DEF 02520 | Privileged. |
| DEF 02521 to DEF 02525 | Deferred - further information needed. |
| DEF 02537 to DEF 02538 | Privileged. |
| DEF 02546 to DEF 02549 | DEF 02546-47: Deferred - further information needed.<br>DEF 02548-49: Privileged. |
| DEF 02583 to DEF 02584 | Privileged. |
| DEF 02588 | Deferred - further information needed. |
| DEF 02590 | Deferred - further information needed. |
| DEF 02593 to DEF 02604 | Privileged. |
| DEF 02605 to DEF 02611 | DEF 02605-06: Deferred - further information needed.<br>DEF 02607-11: Privileged. |
| DEF 02613 to DEF 02618 | Privileged. |
| DEF 02621 | Redactions okay. Produce as is. |
| DEF 02627 | Deferred - further information needed. |
| DEF 02628 | Deferred - further information needed. |
| DEF 02629 to DEF 02633 | DEF 02629-30: Deferred - further information needed.<br>DEF 02631-33: Privileged. |
| DEF 02639 | Privileged. |
| DEF 02642 | Privileged. |
| DEF 02648 to DEF 02651 | Privileged. |
| DEF 02671 to DEF 02679 | Privileged. |

| | |
|---|---|
| DEF 02687 to DEF 02689 | Produce in redacted form as noted. |
| DEF 02693 | Redactions okay.  Produce as is. |
| DEF 02705 | Redactions okay.  Produce as is. |
| DEF 02708 | Redactions okay.  Produce as is. |
| DEF 02712 | Privileged. |
| DEF 02713 to DEF 02714 | Privileged. |
| DEF 02715 | Privileged. |
| DEF 02716 | Privileged. |
| DEF 02717 | Privileged. |
| DEF 02718 | Privileged. |
| DEF 02724 | Privileged. |
| DEF 02726 | Privileged. |
| DEF 02727 | Deferred - further information needed. |
| DEF 02732 to DEF 02735 | Privileged. |
| DEF 02736 to DEF 02738 | Privileged. |
| DEF 02739 to DEF 02741 | Privileged. |
| DEF 02742 to DEF 02743 | Privileged. |
| DEF 02744 | Privileged. |
| DEF 02745 to DEF 02746 | Privileged. |
| DEF 02751 | Privileged. |
| DEF 02821 | Deferred - further information needed. |
| DEF 02822 | Privileged. |
| DEF 02912 to DEF 02913 | Privileged. |
| DEF 02914 to DEF 02915 | Privileged. |
| DEF 02916 to DEF 02917 | Privileged. |
| DEF 02918 to DEF 02920 | Privileged. |

| | |
|---|---|
| DEF 02921 to DEF 02969 | Privileged. |
| DEF 02970 to DEF 02971 | Deferred - further information needed. |
| DEF 02972 to DEF 02973 | Deferred - further information needed. |
| DEF 03027 to DEF 03028 | Privileged. |
| DEF 03029 to DEF 03030 | Privileged. |
| DEF 03081 to DEF 03083 | Privileged. |
| DEF 03084 to DEF 03085 | Deferred - further information needed. |
| DEF 03087 to DEF 03089 | Redactions okay.  Produce as is. |
| DEF 03095 | Privileged. |
| DEF 03096 | Privileged (duplicate of DEF 3095). |
| DEF 03144 to DEF 03145 | Privileged. |
| DEF 03146 to DEF 03147 | Privileged. |
| DEF 03197 | Privileged. |
| DEF 03198 | Privileged. |
| DEF 03199 | Privileged. |
| DEF 03200 to DEF 03206 | Deferred - further information needed. |
| DEF 03207 | Privileged (duplicate of DEF 3095). |

Where the Court has indicated "Deferred - further information needed," the Court is unable to make a privilege determination based on the information provided to date.  If Defendants wish to maintain the privilege, they must submit further information explaining the basis for the claim of privilege.  Counsel for Defendants is to submit a letter containing this within 10 days.  Where the Court has indicated that Defendants are to "Produce in redacted form as noted," the Court is mailing a copy of the document with the Court's notations to counsel for Defendants.

A status conference is scheduled in this matter for June 27, 2012 at 3:30 p.m. to discuss the remainder of the pre-trial schedule in this case.

**SO ORDERED.**

Dated: Central Islip, New York
June 5, 2012

/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge